✎AO ___    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN    District of    NEW YORK

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT
REGARDING MOTION FOR SENTENCE
REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

TAALIB KEARSE

Case Number:  5:06-cr-076 (DNH)
USM Number:  13164-052
Pro Se
Defendant's Attorney

Date of Previous Judgment:  July 26, 2006
(Use Date of Last Amended Judgment if Applicable)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☒ DENIED    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __ months **is reduced to ___ months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29              Amended Offense Level: __
Criminal History Category: VI           Criminal History Category: __
Previous Guideline Range: 151 to 188 months    Amended Guideline Range: __ to __ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):
_____
_____

**III. ADDITIONAL COMMENTS**
Defendant's original sentence was a non-guideline sentence and a reduction in the guideline range would not result in a sentence less than the original 53 months imposed.

All provisions of the judgment dated July 26, 2006 shall remain in effect.

**IT IS SO ORDERED**.

May 27, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge